**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**April 2, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

SCOTT VANGOETHEN,

    Defendant - Appellant.

No. 25-8067
(D.C. No. 1:25-CR-00101-SWS-1)
(D. Wyo.)

_____

## ORDER AND JUDGMENT[*]
_____

Before **MATHESON**, **PHILLIPS**, and **FEDERICO**, Circuit Judges.
_____

Scott Vangoethen pleaded guilty to drug- and firearm-related charges and received a 120-month prison sentence. He then appealed from that sentence. His plea agreement contains an appeal waiver that the government now moves to enforce under *United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc). In response, Vangoethen's counsel concedes the motion: "After consultation with her client, and with her client's consent, counsel for Appellant Scott Vangoethen states that Mr. Vangoethen does not object to the dismissal of his direct appeal pursuant to the government's motion to enforce . . . ." Resp. to Mtn. to Enforce at 1. In light of

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Vangoethen's non-opposition, we grant the government's motion to enforce and dismiss this appeal.

We also grant Vangoethen's motion to seal (Dkt. No. 26). Docket Nos. 20-3 and 20-4 shall remain sealed, and the clerk shall seal Docket No. 19-3. Docket No. 20-2 shall be unsealed.

Entered for the Court

Per Curiam